IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT,

    Plaintiff,

vs.

CORRECTIONAL OFFICER MCAFEE, et al.,

    Defendants.

    /

No. C 13-1073 WHA (PR)

**ORDER OF TRANSFER**

This is a civil rights case was opened when plaintiff, a California prisoner proceeding pro se, filed a letter complaining about being beaten up and denied adequate medical care at the California State Prison, Corcoran, where he was formerly incarcerated. The individuals who purportedly violated his rights are all employed at Corcoran. Corcoran is located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the clerk's notices regarding the filing fee, in forma pauperis application, and filing a proper complaint (dkt. 2-3) are **VACATED**.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: April _____, 2013.
    5/1/2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\SCOTT1073.TRN.wpd